FILED
OCT - 1 2025
CLERK U.S. DISTRICT COURT
NORFOLK, VA

FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

UNITED STATES OF AMERICA

v.

SAHARA D. JIM

CASE NO. VA98 – E2459639  4:25mj63

COURT DATE: October 15, 2025

## CRIMINAL INFORMATION

### CHARGE ONE
Ticket No. E2459639

THE UNITED STATES ATTORNEY CHARGES:

That on or about July 25, 2025, at Langley Air Force Base, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of the United States and in the Eastern District of Virginia, SAHARA D. JIM, willfully concealed or took possession of the goods or merchandise of the United States, to wit: government property valued at the amount of $195.66. (In violation of Title 18, United States Code, Section 641).

ERIK S. SIEBERT
United States Attorney

BY: *Sheyla Lopez*
Sheyla S. Lopez
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 225-9139
Email: sheyla.lopez@us.af.mil

## CERTIFICATE OF SERVICE

I, Sheyla S. Lopez, hereby certify that on 1 October 2025, I caused a true and correct copy of the foregoing criminal information to be given to the defendant, SAHARA D. JIM

ERIK S. SIEBERT
United States Attorney

BY: *Sheyla Lopez*
Sheyla S. López
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 225-9139
Email: sheyla.lopez@us.af.mil